KYLE SCHUMACHER (BAR #121887)
kyle@schumacherlane.com
**SCHUMACHER LANE PLLC**
PO Box 558
Spring Branch, TX. 78070
503-482-8137 ph
210-783-1383 fax

Attorneys for Plaintiff
Melinda Michelle Douglas

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON – PORTLAND DIVISION

| | |
|---|---|
| Melinda Michelle Douglas**,**<br><br>                   Plaintiff,<br><br>     v.<br><br>TD Bank USA, National Association; Target Enterprise, Inc.; Nordstrom, Inc.; and DOES 1 through 100 inclusive**,**<br><br>                   Defendants. | CASE NO.  3:20-cv-00395-JR<br><br>VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS TD BANK USA, N.A., TARGET ENTERPRISE, INC. AND NORDSTROM, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

   **PLEASE TAKE NOTICE THAT** Plaintiff Melinda Michelle Douglas, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntary dismisses defendants TD Bank USA, N.A., Target Enterprise, Inc. and Nordstrom, Inc. only, with prejudice, as to all claims in this action.

   Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

   41(a) Voluntary Dismissal

   (1)   By the Plaintiff

      (A)   Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

         (ii)   a stipulation of dismissal signed by all parties who have appeared.

VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT TD BANK USA, N.A., TARGET ENTERPRISE, INC. AND NORDSTROM, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41

-1-

Defendants TD Bank USA, N.A., Target Enterprise, Inc. and Nordstrom, Inc. filed an answered to Plaintiff's Third Amended Complaint on July 1, 2021. Accordingly, the parties have resolved their claims and Defendant TD Bank USA, N.A., Target Enterprise, Inc. and Nordstrom, Inc. may be dismissed from the Complaint for all purposes and without an Order. Each Party to bear its own costs.

Respectfully submitted,

Dated:  December 16, 2021         By:    /s/ Kyle W. Schumacher
                                          Kyle W. Schumacher, OSB #121887
                                          Schumacher Lane PLLC
                                          PO Box 558
                                          Spring Branch, TX. 78070
                                          Attorney for Plaintiff

Dated:  December 16, 2021         By:    /s/ Brian Melendez
                                          Brian Melendez, *Pro Hac Vice*
                                          Barnes & Thornburg LLP
                                          225 South Sixth Street, Suite 2800
                                          Minneapolis, MN. 55402-4662
                                          Attorney for Defendant TD Bank USA

VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT TD BANK USA, N.A., TARGET ENTERPRISE, INC. AND NORDSTROM, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41

-2-