KYLE SCHUMACHER (BAR #121887)
kyle@schumacherlane.com
**SCHUMACHER LANE PLLC**
PO Box 558
Spring Branch, TX 78070
503-482-8137 ph
210-783-1383 fax

Attorneys for Plaintiff
Melinda Michelle Douglas

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON – PORTLAND DIVISION

| | |
|---|---|
| Melinda Michelle Douglas**,**<br><br>               Plaintiff,<br><br>     v.<br><br>TD Bank USA, National Association; Target Enterprise, Inc.; Nordstrom, Inc.; and DOES 1 through 100 inclusive**,**<br><br>               Defendants. | CASE NO.  3:20-cv-00395-JR<br><br>VOLUNTARY DISMISSAL OF DOES 1 THROUGH 100 INCLUSIVE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

### NOTICE OF DISMISSAL

Melinda Michelle Douglas, the Plaintiff herein, hereby dismisses DOES 1 through 100 inclusive, pursuant to FRCP 41(a)(1)(A)(i).

                                                                        Respectfully submitted,


Dated:  December 16, 2021          By:     */s/ Kyle W. Schumacher*
                                                         Kyle W. Schumacher, Esq.
                                                         Schumacher Lane PLLC
                                                         PO Box 558
                                                         Spring Branch, TX 78070
                                                         Attorney for Plaintiff